IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Paul Kitaj, et al., | No. CV-22-00463-TUC-JCH |
| Plaintiffs, | **ORDER** |
| v. | |
| Tammy Van Handel, et al., | |
| Defendants. | |

Before the Court is Defendants' Motion to File Exhibits Under Seal. Doc. 27. Defendants Tammy Van Handel, Kimberly Body, and Kimberly Hartwell ("State Defendants") filed a Motion to Dismiss, (Doc. 25), and now seek to file under seal Exhibits A and B pursuant to L.R. Civ. 5.6. *Id.* Good cause appearing,

**IT IS ORDERED GRANTING** Defendants' Motion to File Exhibits Under Seal. (Doc. 27).

**IT IS FURTHER ORDERED DIRECTING** the Clerk of the Court to file the following documents under seal: Proposed Exhibits A and B to the Motion to Dismiss, lodged at Docket No. 28.

Dated this 1st day of May, 2023.

Honorable John C. Hinderaker
United States District Judge