# EXHIBIT 1

Thursday, Nov 5, 2020

 +14809802497

i would love to drop off ▮▮▮▮▮ dolls and clotjex ad well these nice toys we got R▮▮▮▮ for his birthday.  also a ▮▮▮▮ thosgs. we wont come in, but im sure ▮▮▮▮▮ nd you too, would like him to have his toys? as most were birthdY presents.
and thanks for keeping paul and i up to date with p i ctures snd such. the way i did you.

4:22 PM

 +14809802497

i will drop the stuff at front door or b in front of gatage

4:22 PM

 +14809802497

if that is unacceptable please let us know
thanks
(thursday nov 4)

5:17 PM

**Joann Hall**

This isn't a decision I can make; you will need to contact the social worker. Her name is Kimberly Hartwell, phone # 520 209 4629.

5:55 PM