Michael Garth Moore (023742)
6336 North Oracle Road, Suite 326, No. 119
Tucson, Arizona 85704
Telephone: 520-437-9440
Email: mike@mgmoorelaw.com
*Trial Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Paul Kitaj, et al.<br><br>　　　　　　　Plaintiffs,<br><br>　　vs.<br><br>Tammy Van Handel, et al.<br><br>　　　　　　　Defendants. | Case No. 4:22-cv-00463-JCH<br><br>**FIRST AMENDED NOTICE OF DEPOSITION OF SARAH LAYMAN** |

## NOTICE TO TAKE DEPOSITION OF SARAH LAYMAN

Please take notice that Plaintiffs herein will take the deposition of Sarah Layman pursuant to Fed.R.Civ.Pro. 26 and 30 as on cross-examination, by stenography and Zoom video conference.

 **DATE OF DEPOSITION:**  Thursday, April 17, 2025

 **TIME OF DEPOSITION:**  9:00 a.m.

 **LOCATION:**       Zoom Video Conference
               Originating at:
               Colville and Dippel, LLC
               1309 E. Broadway Blvd.
               Tucson, Arizona 85719

Counsel is invited to attend via Zoom and examine as appropriate. A Zoom Conference link will be made available.

Respectfully submitted,

/s/ Michael Garth Moore
Michael Garth Moore (023742)
6336 North Oracle Road, Suite 326, No. 119
Tucson, Arizona 85704
Telephone: 520-437-9440
mike@mgmoorelaw.com

*Trial Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of March 2025, I e-filed the foregoing documents via CM/ECF Filing System with the District Court of Arizona.

Copy of the forgoing served via
CM/ECF notification on March 21, 2025, to:

Claudia Acosta Collings
Assistant Attorney General
416 West Congress, 2nd Floor
Tucson, AZ 85701
Claudia.collings@azag.gov

*Attorney for Defendants*

/s/ Michael Garth Moore
*Trial Counsel for Plaintiffs*