CLAUDIA ACOSTA COLLINGS (021647)
Assistant Attorney General
416 West Congress, 2nd Floor
Tucson, Arizona 85701-1315
(520) 638-2815 • Fax (520) 628-6050
Claudia.Collings@azag.gov

Attorneys for State Defendants

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Paul Kitaj and Valorie Kitaj, | No. CV22-00463-TUC-JCH |
| Plaintiffs, | **STIPULATION** |
| v. | |
| Tammy Van Handel and Kimberly Hartwell, | |
| Defendants. | |

Plaintiffs and Defendants, through undersigned counsel, hereby stipulate and agree that Defendants are authorized to disclose emails and other materials containing confidential DCS information or private information regarding non-parties with redactions in accordance with Federal Rule of Civil Procedure 5.2 and this Court's Protective Order (Doc. 96). The parties agree that the Protective Order continues to govern in all respects, including that production of materials pursuant to this agreement does not constitute a waiver of any confidentiality conferred by state or federal law for any matter outside this case. The parties further agree that disclosure of DCS documents or confidential information is not a waiver of evidentiary objections or that future redactions may be necessary. The parties respectfully request that this Court grant the stipulation. A proposed form of Order is attached.

/ / / /

/ / / /

RESPECTFULLY SUBMITTED this __18th__ day of April, 2025.

| | |
|---|---|
| **LAW OFFICE OF**<br>**MICHAEL GARTH MOORE** | **ARIZONA ATTORNEY**<br>**GENERAL'S OFFICE** |
| /s/Michael Garth Moore (w/permission)<br>Michael Garth Moore<br>Attorney for Plaintiffs | /s/Claudia Acosta Collings<br>CLAUDIA ACOSTA COLLINGS<br>Assistant Attorney General<br>Attorneys for State Defendants |

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on 18th day of April, 2025, I caused the foregoing document to be electronically transmitted to the Clerk's Office using the CM/ECF System for Filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael Garth Moore
6336 North Oracle Road, Suite 326, #119
Tucson, AZ 5704
mike@mgmoorelaw.com
*Attorney for Plaintiffs*

/s/slf