CLAUDIA ACOSTA COLLINGS (021647)
Assistant Attorney General
416 West Congress, 2nd Floor
Tucson, Arizona 85701-1315
(520) 638-2815 • Fax (520) 628-6050
Claudia.Collings@azag.gov

Attorneys for State Defendants

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Paul Kitaj and Valorie Kitaj, | No. CV22-00463-TUC-JCH |
| Plaintiffs, | **NOTICE OF SERVICE** |
| v. | |
| Tammy Van Handel and Kimberly Hartwell, | |
| Defendants. | |

**NOTICE IS HEREBY** given that the following document was served upon the Plaintiffs on April 24, 2025:

1. State Defendants' Fifteenth Supplemental Disclosure Statement.

RESPECTFULLY SUBMITTED this __24th__ day of April, 2025.

**ARIZONA ATTORNEY GENERAL'S OFFICE**

/s/Claudia Acosta Collings
CLAUDIA ACOSTA COLLINGS
Assistant Attorney General
Attorneys for State Defendants